JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HALPERIN, | Case No. CV 11-5767-R (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MATTHEW CATE, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: _Nov. 16, 2012__

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE