# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HALPERIN, <br><br> Petitioner, <br> vs. <br><br> MATTHEW CATE, et al., <br><br> Respondent. | Case No. CV 11-5767-R (DTB) <br><br> **AMENDED** <br> **J U D G M E N T** |

Pursuant to the Amended Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: _Dec. 14, 2012_  _____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE